# United States Court of Appeals
## For the First Circuit

No. 20-1651

DANIEL E. CARPENTER,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Lynch, Selya and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: April 1, 2021

      In June 2020, Appellant Daniel E. Carpenter filed a notice of appeal expressly designating a district court order entered on February 20, 2019. After the appeal was docketed, this court entered an order to show cause, flagging, <u>inter alia</u>, the apparent untimeliness of the appeal. <u>See generally</u> Fed. R. App. P. 4. Carpenter has responded to that order but has not elucidated any basis for this court to treat the operative notice of appeal as timely filed. The appeal is **DISMISSED**.

      By the Court:

      Maria R. Hamilton, Clerk

cc:
Daniel E. Carpenter
Donald Campbell Lockhart
Mark J. Balthazard

Alexandra W. Amrhein
David G. Lazarus